CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THEMIS COGGIN )
)
)
)
)
Plaintiff )
)
)
v. )
)   Civil Case Number 07-1772 (RJL)
)
NOVARTIS PHARMACEUTICALS )
CORP. )   Category    B
)
)
Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 10, 2007</u> from <u>Judge Ricado M. Urbina</u> to <u>Judge Richard J. Leon</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Urbina</u> & Courtroom Deputy
<u>Judge Leon</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓